UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
[Harrisburg Division]

IN THE MATTER OF : No. 1-07-BK-00011-RNO
:
Mae Louise Wagner : Adv. No. 1-07-ap-00018-RNO
Debtor : Chapter 7

# CERTIFICATE OF SERVICE

I certify that I am more than 18 yeas of age and that on February 21, 2007 I served a copy of the **SUMMONS** [dated February 21, 2007] and **COMPLAINT [JUDICIAL JUDGMENT LIEN AVOIDANCE]** on the following parties in this matter:

| Name and Address | Mode of Service |
|---|---|
| Midland Funding LLC<br>Department 8870<br>Los Angeles CA 90084 | United States First Class Mail, first class postage prepaid, by mailing at Spring Run, Pennsylvania. |
| Yale D. Weinstein, Esquire<br>1060 Andrew Drive, Suite 170<br>West Chester PA 193280 | United States First Class Mail, first class postage prepaid, by mailing at Spring Run, Pennsylvania. |
|  |  |
|  |  |
|  |  |

I certify under penalty of perjury that the foregoing is true and correct.

Date: February 21, 2007

**/s/ Richard L. Bushman**
Richard L. Bushman, Esquire
16767 Path Valley Road
PO Box 51
Spring Run, PA 17262-0051